# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2432
_____

United States of America

*Plaintiff - Appellee*

v.

John David Orr, III, also known as Flip

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern
_____

Submitted: January 13, 2025
Filed: March 26, 2025
[Unpublished]
_____

Before GRASZ, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

After John David Orr, III violated the conditions of his supervised release, the district court[1] sentenced him to nine months in prison with no supervised release to follow. On appeal, Orr challenges the substantive reasonableness of his sentence.

_____

[1]The Honorable C.J. Williams, Chief Judge, United States District Court for the Northern District of Iowa.

Because he was released from custody on March 10, 2025, we dismiss his appeal as moot. *See Owen v. United States*, 930 F.3d 989, 990 (8th Cir. 2019).

_____